**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : Case No.: 13-50500 |
| Kristin L. Twitchell, | : Chapter 7 |
| | : |
| Debtor. | : Judge C. Kathryn Preston |

### MOTION OF SUSAN L. RHIEL, TRUSTEE TO REOPEN CASE AND FOR RE-APPOINTMENT AS TRUSTEE

Now Comes Susan L. Rhiel, the Chapter 7 Trustee herein (hereinafter the "Trustee"), and moves the Court pursuant to 11 U.S.C. §350(b), Bankruptcy Rule 5010, and LBR 5010-1 for an order to reopen this bankruptcy estate and to re-appoint her as Trustee to the case in order to administer an asset thereof.  A Memorandum in Support of this Motion is attached hereto and incorporated herein.

Dated:  May 22, 2018

                                                        Respectfully submitted,

                                                        **THE  LAW  OFFICE  OF  BETH  M.  MILLER, LLC**

                                                        /s/ Susan L. Rhiel
                                                        Susan L. Rhiel (0034533)
                                                        P.O. Box 307337
                                                        Columbus, Ohio 43230
                                                        pleadings@bmillerlawoffice.com
                                                        Telephone: (614) 269-7348
                                                        Facsimile:  (614) 227-0326

### MEMORANDUM IN SUPPORT

This Chapter 7 case was initiated by the filing of the Debtor's voluntary petition on January 24, 2013 at which time Susan L. Rhiel was appointed the Trustee.  On May 14, 2013, the Meeting of Creditors was held.  The Schedules, Statement of Financial Affairs and the testimony

of the Debtor at the meeting disclosed that there were no assets to administer for the benefit of the estate. As a result thereof, the Trustee filed a Report of No Distribution on May 15, 2013. The Debtor received her discharge on July 12, 2013 and the bankruptcy case was officially closed on July 11, 2016.

The Trustee has recently received information from William Deutchman, CPA, that prior to the Petition Date, unclaimed funds due the Debtor were deposited with the Ohio Department of Commerce. The unclaimed funds due the Debtor are property of the estate under §541 of the Bankruptcy Code and for that reason this case should be reopened. The Trustee requests that the United States Trustee re-appoint her as the Chapter 7 Trustee in the re-opened case in order for her to investigate and administer the asset and to carry out the duties set forth in 11 U.S.C. §704.

WHEREFORE, based upon the foregoing, Susan L. Rhiel respectfully requests that an Order be entered pursuant to 11 U.S.C. §350(b) reopening the case without payment of a filing fee unless and until there are assets in the estate from which payment can be made, and reappointing her as Chapter 7 Trustee in the re-opened case in order to permit her to administer the recently discovered property of the estate described above and of making distribution to creditors.

Respectfully submitted,

**THE LAW OFFICE OF BETH M. MILLER, LLC**

/s/ Susan L. Rhiel_____
Susan L. Rhiel (0034533)
P.O. Box 307337
Columbus, Ohio 43230
pleadings@bmillerlawoffice.com
Telephone: (614) 269-7348
Facsimile: (614) 227-0326

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2018, a copy of the foregoing *Motion of Susan L. Rhiel, Trustee, to Reopen Case* was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the Court:

- Asst US Trustee (Col)   ustpregion09.cb.ecf@usdoj.gov
  *United States Trustee*
- Robert Goldberger   Goldberger.robert@yahoo.com, r59473@notify.bestcase.com

And was served the 22nd day of May, 2018, by regular U.S. Mail, postage prepaid, upon the parties set forth on the attached Mailing Matrix.

/s/ Susan L. Rhiel
Susan L. Rhiel (0034533)